RUTH ELIN AUERBACH, SBN 104191
Attorney at Law
236 West Portal Ave., #185
San Francisco, CA 94127
Tel: (415) 722-5596
Fax: (415) 731-9982
e-mail: ruth.auerbach.esq@gmail.com


Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARTIN SCHAINBAUM,<br><br>        Debtor. | ) Case No.: 22-30566 DM<br>)<br>) CHAPTER 13<br>)<br>) **AMENDED**<br>) **NOTICE OF HEARING OF MOTION**<br>) **BY MARTIN SCHAINBAUM FOR**<br>) **HARDSHIP DISCHARGE**<br>)<br>) Date:  February 19, 2025<br>) Time:  10:10 A.M.<br>) Hon. Dennis Montali<br>)<br>) VIA VIDEO CONFERENCE See Court's<br>) Calendar for Login Information<br>) |

TO ALL CREDITORS AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing will be held on the Motion by Martin

Schainbaum for a hardship discharge pursuant to 11 U.S.C. Section 1328(b) on February

19, 2025 at 10:10 A.M.

The Motion will be based upon this Notice of Hearing, the Motion and the

Declaration of Martin Schainbaum Support of the Motion, on the papers and pleadings on

file herein and on such other evidence as may be presented at the hearing.

**Any opposition to the motion must be filed and served no later than 7 days**

**prior to the hearing, to-wit: February 12, 2025**.

Case: 22-30566    NOTICE OF HEARING RE MOTION TO APPROVE COMPROMISE AND SETTLEMENT Doc# 85    Filed 01/30/25    Entered 01/30/25 10:25:43     Page 1 of 5

1

**NOTICE IS FURTHER GIVEN** that the hearing on this Motion will not be conducted in the presiding judge's courtroom, but instead will be conducted by telephone or video only. All interested parties should consult the Bankruptcy Court's website at .canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated:  January 30, 2025                    LAW OFFICE OF RUTH AUERBACH

By:___/s/ Ruth Elin Auerbach_____
RUTH ELIN AUERBACH, Attorney for Debtor

<u>**PROOF OF SERVICE**</u>

I am a citizen of the United States and am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action; my business address is 236 West Portal Ave., #185, San Francisco, CA 94127.

On January 30, 2025, I served the document(s) described as ***Amended Notice of Hearing*** by placing true copies thereof enclosed in a sealed envelope and addressed as follows:

*See attached list, provided however, that if a party is listed more than once, only one copy was mailed, and no copies were sent to those who receive electronic notice via the Court's ecf procedures.*

[ x ](BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FAX) I transmitted the above-described document by facsimile machine to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 673-0562 and was reported as complete and without error. The facsimile machine properly issued a transmission report.

[ ] (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the office of the addressee.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on January 30, 2025.

/s/ Ruth Elin Auerbach

_____
Ruth Elin Auerbach

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 22-30566<br>California Northern Bankruptcy Court<br>San Francisco<br>Wed Jul 5 11:31:45 PDT 2023 | Deutsche Bank National Trust Company, as ind<br>Robertson, Anschutz, Schneid, Crane & Pa<br>350 10th Avenue, suite 1000<br>San Deigo, CA 92101-8705 | PNC Bank, National Association<br>c/o Jennifer C. Wong, Esq<br>McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108-3708 |
| U.S. Bankruptcy Court<br>450 Golden Gate Avenue, 18th Fl.<br>Mail Box 36099<br>San Francisco, CA 94102-3428 | Alegre Homecare<br>4380 Redwood Highway<br>Suite A-6<br>San Rafael, CA 94903-2110 | (p)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION WESTERN REGION<br>P O BOX 683<br>WASHINGTON DC 20044-0683 |
| BRKSB-CNBA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Brain M. Baliwas, DDS<br>450 Sutter Street, Ste. 320<br>San Francisco, CA 94108-3905 | CNB<br>400 N. Roxbury Dr<br>Beverly Hills, CA 90210-5021 |
| ChexSystems<br>Consumer Relations<br>7805 Hudson Rd., #100<br>Woodbury, MN 55125-1595 | Debbie Davis<br>902 Hogwarts Circle<br>Petaluma, CA 94954-7498 | Deutsche Bankr National Trust Company<br>Austin Kenney Esq.<br>Severson & Weson<br>19100 Von Karman Ave. Suite 700<br>Irvine, CA 92612-6578 |
| Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Francis H. Yankie, DDS<br>239 Miller Ave.<br>Mill Valley, CA 94941-2841 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JHPDE FINANCE I LLC<br>ATTN CLIENT SERVICES<br>5757 PHANTOM DRIVE<br>SUITE 250<br>HAZELWOOD MO 63042-2432 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Karen and Larry Levy<br>30 Diamond Crest Court<br>Baltimore, MD 21209-1500 |
| Marty Laffer<br>Laffer Gottlieb<br>9454 Wilshire Blvd<br>#920<br>Beverly Hills, CA 90212-2925 | Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3402 | PHH Bank<br>One PNC Plaza<br>249 Fifth Ave.<br>Pittsburgh, PA 15222-2707 |
| PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | PHH Mortgage Services<br>P.O. Box 8703<br>Dayton, OH 45401-8703 | PHH Mortgage Services<br>P.O.Box 5452<br>Mount Laurel, NJ 08054-5452 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PNC Mortgage Services<br>P.O. Box 8703<br>Dayton, OH 45401-8703 | Steven Toscher. Esq.<br>Hochman, Salkin Toscher Perez PC<br>9150 Wilshire Boulevard<br>Suite 300<br>Beverly Hills CA 90212-3430 |

Case: 22-30566   Doc# 85   Filed: 01/30/25   Entered: 01/30/25 10:25:45   Page 4 of 5

| | | |
|---|---|---|
| (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | Visiting Angels<br>77 Mark Dr. #12<br>San Rafael, CA 94903-2266 | Wayne McEwan<br>22225 Eucalyptus Lane<br>Lake Forest, CA 92630-3214 |
| Wells Fargo Bank NA<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo PLL<br>P.O. Box 71092<br>Charlotte, NC 28272-1092 | (p)RENTOKIL NA<br>ATTN BANKRUPTCY TEAM<br>1125 BERKSHIRE BLVD<br>SUITE 150<br>READING PA 19610-1218 |
| Western Progressive, LLC<br>2300 Lakeview Parkway<br>Suite 756<br>Alpharetta, GA 30009-9066 | David Burchard<br>P.O. Box 8059<br>Foster City, CA 94404-8059 | Martin A. Schainbaum<br>12 Red Cedar Court<br>San Rafael, CA 94903-1011 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atty Gen, US Dept of Justice<br>Civil Trial Sec., Western Reg.<br>PO Box 683, Ben Franklin Stat.<br>Washington, DC 20044 | JHPDE Finance I llc<br>5757 Phantom Dr.<br>Suite 250<br>Hazelwood, MO 63042 | JPMCB Card<br>P.O. Box 15369<br>Wilmington, DE 19850 |
| PNC Bank<br>One PNC Plaza<br>249 Fifth Ave.<br>Pittsburgh, PA 15222-27075 | (d)PNC Bank, National Association<br>PO Box 94982<br>Cleveland, OH 44101 | U.S. Atty, Chief Tax Division<br>450 Golden Gate Ave.<br>10th Floor, Box 36055<br>San Francisco, CA 94102 |
| Western Exterminator<br>Attn: Bankruptcy Team<br>1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610 | End of Label Matrix<br>Mailable recipients     38<br>Bypassed recipients      0<br>Total                   38 | |

Case: 22-30566   Doc# 85   Filed: 01/30/25   Entered: 01/30/25 10:25:43   Page 5 of 5