

RUTH ELIN AUERBACH, SBN 104191
Attorney at Law
236 West Portal Ave., #185
San Francisco, CA 94127
Tel: (415) 722-5596
Fax: (415) 349-4555
e-mail: ruth.auerbach.esq@gmail.com

Attorney for Debtor

Signed and Filed: February 19, 2025

_Uennis Montali_
_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

MARTIN SCHAINBAUM,

       Debtor.

) Case No.: 22-30566 DM
)
) CHAPTER 13
)
) **ORDER GRANTING MOTION BY**
) **MARTIN SCHAINBAUM FOR**
) **HARDSHIP DISCHARGE**
)
) Date: February 19, 2025
) Time: 10:10 A.M.
) Hon. Dennis Montali
)
) VIA VIDEO CONFERENCE See Court's
) Calendar for Login Information
)
)

The motion of Martin Schainbaum for a hardship discharge pursuant to 11 U.S.C. Section 1328(b) came on for hearing before this Court on February 19, 2025, after notice duly given as required by law. All appearances were noted for the record.

The Court having considered the motion and pleadings filed in support thereof, no opposition to the motion having been filed, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The Clerk is hereby directed to enter the Debtor's discharge.

**end of order**

ORDER GRANTING MOTION FOR DISCHARGE

1

Approved as to form:

DAVID BURCHARD, Trustee

By: _____

Brisa C. Ramirez, Staff Attorney for
Chapter 13 Trustee

ORDER GRANTING MOTION FOR DISCHARGE

2

Case: 22-30566     Doc# 86     Filed: 02/19/25     Entered: 02/19/25 16:30:03     Page 2 of 3

Court Service List

n/a

ORDER GRANTING MOTION FOR DISCHARGE

Case: 22-30566    Doc# 86    Filed: 02/19/25    Entered: 02/19/25 16:30:03    Page 3 of 3